E-FILED
Friday, 15 October, 2004  02:19:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>DAVIS TRUCK SERVICES, INC.,  )<br>et al.,  )<br><br>Defendants.  ) | No. 04-3113 |

## JOINT PROPOSED DISCOVERY PLAN

COME NOW Plaintiff DaimlerChrysler Services North America, LLC ("DCSNA") and Defendants Davis Truck Services, Inc. ("DTS"), E. Kay Davis and Karl G. Davis (collectively, "Defendants"), and pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, the local rules of this Court, and the Court's September 20, 2004, Order, hereby jointly submit the following discovery plan:

**A.  DEADLINE FOR JOINDER OF ADDITIONAL PARTIES OR AMENDMENT OF PLEADINGS**

1.  Joinder of any additional parties and any other amendments of the pleadings without leave of Court shall be completed by February 14, 2005.

**B.  DISCOVERY**

1.  The parties shall disclose information and exchange documents pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure by October 19, 2004.

2.  Discovery in phases or limited to certain issues is unnecessary.

3.  Plaintiff will identify expert witnesses and provide written reports prepared and signed by each identified expert witness pursuant to Rule 26(a)(2) of the

2407105

Federal Rules of Civil Procedure by February 25, 2005, and will make said witnesses available for deposition by March 11, 2005.

4.  Defendants will identify expert witnesses and provide written reports prepared and signed by each identified expert witness pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure by March 25, 2005, and will make said witnesses available for deposition by April 11, 2005.

5.  Plaintiff will identify each rebuttal expert witness pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure by April 25, 2005, and will make said witnesses available for deposition by May 11, 2005.

6.  The presumptive limit of ten (10) depositions as set forth in Rule 30(a)(2)(A) of the Federal Rules of Civil Procedure shall apply.

7.  The presumptive limit of 25 interrogatories as set forth in Rule 33(a) of the Federal Rules of Civil Procedure shall apply.

8.  The parties anticipate that no physical or mental examinations of the parties pursuant to Rule 35 of the Federal Rules of Civil Procedure will be necessary.

9.  All pre-trial discovery shall be completed on or before May 11, 2005.

C.  **ALTERNATIVE DISPUTE RESOLUTION**

1.  The parties agree that any referral of this action to mediation will be most productive soon after information is disclosed and documents are exchanged pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.  That being said, the parties agree that they attempted to resolve this matter through settlement without success prior to initiation of this action by DCSNA.

D.  **DISPOSITIVE MOTIONS**

1.  Notices of motions pursuant to Local Rule 7.1, including dispositive motions and *Daubert* motions, shall be filed by June 15, 2005.

**E.     THE TRIAL**

1.     The earliest date that the case can reasonably be expected to be ready for trial is August 29, 2005.

2.     The estimated length of time to try the case to verdict is less than five (5) days.

**F.     OTHER MATTERS**

1.     Counsel are aware of no other matters appropriate for inclusion in the Joint Scheduling Plan at this time.

Respectfully submitted,

| | |
|---|---|
| THOMPSON COBURN LLP | SCOTT & SCOTT, P.C. |
| By /s/William R. Bay<br>    William R. Bay, #06181670<br>    Francis X. Buckley, #06185143<br>    One US Bank Plaza<br>    St. Louis, MO  63101<br>    (314) 552-6000<br>    (314) 552-7000 Fax | By /s/R. Stephen Scott<br>    R. Stephen Scott, #_____<br>    Howard A. Peters, #06275688<br>    611 E. Monroe, Suite 200<br>    Springfield, IL  62701<br>    (217) 753-8200 |
| Attorneys for Plaintiff DaimlerChrysler Services North America, LLC | Attorneys for Defendant Davis Truck Service, LLC, E. Kay Davis and Karl G. Davis |