E-FILED
Monday, 18 October, 2004   04:24:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-3113 |
| DAVIS TRUCK SERVICES, INC., E. KAY DAVIS, KARL G. DAVIS, | ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of Plaintiffs' Initial Disclosures was served by electronic filing in the CM/ECF system for the United States District Court for the Central District of Illinois via first class U.S. Mail, postage prepaid, the 18th day of October, 2004 to:

Howard A. Peters, IV
R. Stephen Scott
Scott & Scott, P.C.
611 E. Monroe, Suite 200
Springfield, IL  62701

                                                  /s/  William R. Bay

2369617