E-FILED
Tuesday, 19 October, 2004  04:42:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 04-3113 |
| DAVIS TRUCK SERVICE INC., an Illinois corporation, E. Kay Davis, and Karl G. Davis, | ) ) ) | |
| Defendants. | ) | |

SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on October 19, 2004, with Attorneys William R. Bay, Monica Lawton, and Howard A. Peters, IV.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed after January 4, 2005.

2. May 11, 2005, to complete discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before May 11, 2005.

3. June 15, 2005, to file dispositive motions.
   No dispositive motions filed after June 15, 2005, will be considered by the Court.

4. September 26, 2005, at 1:30 p.m. for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. October 4, 2005, at 10:00 a.m. for trial on the trailing trial calendar.

6. <u>February 25, 2005</u>, for all plaintiffs to identify testifying experts and provide Rule 26 reports.

<u>March 25, 2005</u>, for all defendants to identify testifying experts and provide Rule 26 reports.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE:  A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED: OCTOBER 19, 2004.

COPIES MAILED TO:  All attorneys of record.

      s/Charles H. Evans
      CHARLES H. EVANS
      United States Magistrate Judge