UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES, | ) | |
| NORTH AMERICA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.:   04-3113 |
| | ) | |
| DAVIS TRUCK SERVICES, INC., | ) | |
| E. KAY DAVIS and | ) | |
| KARL G. DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF ILLINOIS      )
                       ) ss.
COUNTY OF SANGAMON )

## PROOF OF SERVICE

The undersigned hereby certifies that on December 30, 2004, an exact copy of Defendant's Initial Disclosures was served upon the attorneys of record by depositing the same in the U.S. Mail, Springfield, Illinois, in an envelope securely sealed, postage fully prepaid and legibly addressed to:

Mr. William R. Bay
Mr. Francis X. Buckley, Jr.
One US Bank Plaza
St. Louis, MO  63101

                        s/     Howard A. Peters IV
                               Howard A. Peters IV (06275688)
                               Attorney for Defendants
                               SCOTT & SCOTT, P.C.
                               611 E. Monroe - Suite 200
                               Springfield, IL  62704
                               Phone: (217) 753-8200
                               Fax:    (217) 753-8206
                               E-Mail: hap@scottnscottlaw.com