**E-FILED**
Friday, 25 March, 2005  12:06:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAIMLERCHRYSLER SERVICES, ) <br> NORTH AMERICA, LLC ) <br> ) <br>              Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> DAVIS TRUCK SERVICE, INC., ) <br> E. KAY DAVIS and ) <br> KARL G. DAVIS, ) <br> ) <br>            Defendants. ) | No.:   04-3113 |

**MOTION FOR EXTENSION OF TIME TO DISCLOSE CONTROLLED
EXPERT WITNESS PURSUANT TO RULE 26(a)(2)**

NOW COME the Defendants, DAVIS TRUCK SERVICE, INC., E. KAY DAVIS and KARL G. DAVIS, by and through their attorneys, SCOTT & SCOTT, P.C., and for their Motion for Extension of Time to Disclose an Expert Witness pursuant to Rule 26(a)(2), state as follows:

    1.    On or about October 15, 2004, the parties entered into a joint discovery plan. Said discovery plan indicates that Defendants "will identify their expert and provide written reports prepared and signed by each identified expert witness pursuant to 26(a)(2) of the Federal Rules of Civil Procedure by March 25, 2005, and will make said witness available for deposition by April 11, 2005."

    2.    That Defendants are small business owners of a trucking company in Logan County, Illinois, and are having difficulty retaining an expert witness in the above-entitled action. Further, the Defendants are having difficulty retaining an expert who is agreeable to testify on behalf of the Defendants against Plaintiff.

3. That the Plaintiff holds a significant presence in the trucking industry in the geographical area of Central Illinois, as well as the general Midwest.

4. The Defendants require additional time to identify an expert witness pursuant to Section B4 of the joint discovery plan.

WHEREFORE, the Defendants pray this Honorable Court will enter an order stating the following:

A. Allow Defendants twenty-one (21) days in which to disclose an expert witness pursuant to 26(a)(2).

B. Grant any other or further relief as the Court deems just and equitable.

Respectfully submitted,

DAVIS TRUCK SERVICE, INC.,
E. KAY DAVIS and KARL G. DAVIS,
Defendants,


By: /s/ Howard A. Peters IV
Howard A. Peters IV (06275688)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 E. Monroe - Suite 200
Springfield, IL 62701
(217) 753-8200

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF SANGAMON | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of the above and foregoing instrument was served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. Federal District Court to:

Francis X. Buckley

on this 25th day of March, A.D., 2005.

/s/ Brenda Ann Brooker

Subscribed and sworn to before me this 25th day of March, A.D., 2005.

/s/ Susan Greenwalt
NOTARY PUBLIC

- 3 -