# THOMPSON COBURN

*Attorneys at Law*

One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
www.thompsoncoburn.com

March 16, 2005

Mona E. Lawton
314-552-6148
FAX 314-552-7148
EMAIL mlawton@
thompsoncoburn.com

**VIA FACSIMILE**

Howard A. Peters, IV
Scott & Scott, P.C.
611 E. Monroe, Suite 200
Springfield, IL  62701

Re:   *DaimlerChrysler v. Davis Truck Service, Inc.*

Dear Mr. Peters:

This will confirm our telephone conversation of earlier today.  You requested additional time to respond to Plaintiff's discovery requests because you are awaiting documentation from your clients.  Therefore, we have agreed that Defendants' Responses to Plaintiff's Interrogatories and Request for Production of Documents will be due no later than Monday, March 21, 2005.  I will assume that no objections will be filed to our discovery, and that all responsive documents will be produced at that time.

Also, you have agreed to forward responses to our Request for Admissions electronically no later than Thursday, March 17, 2005, and to also mail a copy of the responses, together with any supporting documentation, on the same date.

Given the rapidly approaching discovery cut-off, I am sure you will understand that I will not be able to agree to any further discovery extensions.  Please contact me immediately if any portion of this correspondence is inaccurate.

Very truly yours,

Thompson Coburn LLP

By *Mona E. Lawton*
   Mona E. Lawton

MEL/rje

**EXHIBIT B**

3092967

```
** TX STATUS REPORT **           AS OF   MAR 16 2005 16:47   PAGE.01

                                              THOMPSON COBURN LLP 3

     DATE   TIME    TO/FROM              MODE    MIN/SEC   PGS   JOB#   STATUS
31   03/16  16:47  67#47152#12177538206#  EC--S   00'21"   002   045    OK
```

# THOMPSON COBURN

Thompson Coburn LLP
Attorneys at Law

One US Bank Plaza

St. Louis, Missouri 63101-1693

314-552-6000

FAX 314-552-7000

www.thompsoncoburn.com

## Facsimile
FOR IMMEDIATE DELIVERY

| To | Firm Name | Phone | Fax |
|---|---|---|---|
| Howard Peters, IV | Scott & Scott, P.C. | 217-753-8200 | 217-753-8206 |
| | | | |
| | | | |
| | | | |
| | | | |

From:    Mona Lawton

Date:    March 16, 2005

Message:

Atty/Client/Matter No.:    2663: 42667/47152

Total Number of Pages, including this page:  2

If you do not receive all of the pages, please call 314-552-6000 as soon as possible.

Thank you,
Fax Department - Operator: _____    Time of Transmittal: 4:46 A.M./P.M.

**Confidentiality Note**
The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by collect telephone call and return the original transmission to us at the above address by U.S. mail. Thank you.