# THOMPSON COBURN
Thompson Coburn LLP
Attorneys at Law

One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
www.thompsoncoburn.com

**FILE COPY**

March 15, 2005

Mona E. Lawton
314-552-6148
FAX 314-552-7148
EMAIL mlawton@
thompsoncoburn.com

**VIA FACSIMILE**

Howard A. Peters, IV
Scott & Scott, P.C.
611 E. Monroe, Suite 200
Springfield, IL 62701

Re: *DaimlerChrysler v. Davis Truck Service, Inc.*

Dear Mr. Peters:

This will confirm our telephone conversation of March 11, 2005, wherein we agreed that the deposition of Plaintiff's expert, Michael Cox, will be taken on April 13, 2005 at 1 p.m. You will advise me as soon as possible where the deposition will take place.

This correspondence will also confirm our agreement that Defendant's responses to Plaintiff's discovery, originally due March 14, 2005, would be received no later than March 15, 2005. As of yet, I have not received your client's responses. Please advise me as to the status of these discovery responses.

Finally, we would like to take the depositions of Karl Davis, E. Kay Davis, and the 30(b)(6) deposition of Davis Truck Service, Inc. Please provide me with available dates for these depositions.

Very truly yours,

Thompson Coburn LLP

By *Mona E. Lawton*
    Mona E. Lawton

MEL/rje

EXHIBIT 4

3092002

```
** TX STATUS REPORT **                    AS OF   MAR 15 2005 16:34   PAGE.01

                                                     THOMPSON COBURN LLP 3


      DATE  TIME      TO/FROM            MODE  MIN/SEC  PGS  JOB#  STATUS
  19  03/15 16:34  67#47152#12177538206#  EC---S  00'19"  002  235    OK
```

# THOMPSON COBURN

Thompson Coburn LLP
Attorneys at Law

One US Bank Plaza
St. Louis, Missouri 63101-1693
314-552-6000
FAX 314-552-7000
www.thompsoncoburn.com

## Facsimile
FOR IMMEDIATE DELIVERY

| To | Firm Name | Phone | Fax |
|---|---|---|---|
| Howard Peters, IV | Scott & Scott, P.C. | 217-753-8200 | 217-753-8206 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

From: Mona Lawton

Date: March 15, 2005

Message:

Atty/Client/Matter No.: 2663: 42667/47152

Total Number of Pages, including this page: 2

If you do not receive all of the pages, please call 314-552-6000 as soon as possible.

Thank you.
Fax Department - Operator: _____    Time of Transmittal: 4:31 A.M./P.M.

**Confidentiality Note**
The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by collect telephone call and return the original transmission to us at the above address by U.S. mail. Thank you.