**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| DAIMLERCHRYSLER SERVICES, NORTH AMERICA, LLC | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | )   No.: 04-3113 |
| DAVIS TRUCK SERVICE, INC., E. KAY DAVIS and KARL G. DAVIS, | )<br>)<br>)<br>) |
| Defendants. | ) |

STATE OF ILLINOIS      )
                                    ) ss.
COUNTY OF SANGAMON )

## PROOF OF SERVICE

The undersigned hereby certifies that on April 15, 2005, an exact copy of Defendants' Response to First Request for Production, Answers to Plaintiff's First Set of Interrogatories and Responses to Plaintiff's First Request for Admissions were served upon the attorneys of record by depositing the same in the U.S. Mail, Springfield, Illinois, in an envelope securely sealed, postage fully prepaid and legibly addressed to:

    Mr. William R. Bay
    Mr. Francis X. Buckley, Jr.
    One US Bank Plaza
    St. Louis, MO  63101

                                          s/      Howard A. Peters IV
                                              Howard A. Peters IV (06275688)
                                              Attorney for Defendants
                                              SCOTT & SCOTT, P.C.
                                              611 East Monroe Street - Suite 200
                                              Springfield, Illinois  62701
                                              Telephone:  (217) 753-8200
                                              Facsimile:   (217) 753-8206