IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-3113 |
| DAVIS TRUCK SERVICES, INC., E. KAY DAVIS, KARL G. DAVIS, | ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

      COMES NOW Matthew S. Darrough, attorney with the law firm of Thompson Coburn LLP, and enters his appearance in the above-styled cause on behalf of Plaintiff DaimlerChrysler Services North America, LLC.

      Respectfully submitted,

      /s/ Matthew S. Darrough
      Matthew S. Darrough, #06257045
      One US Bank Plaza
      St. Louis, Missouri 63101
      (314) 552-6000
      (314) 552-7000 Fax
      mdarrough@thompsoncoburn.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2005, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Howard A. Peters, IV
R. Stephen Scott
Scott & Scott, P.C.
611 E. Monroe, Suite 200
Springfield, IL  62701

      /s/  Matthew S. Darrough

3120461