SCOTT & SCOTT    217 753 8200    P.02
E-FILED
02 May 2005 03:50:13 PM
District Court, ILCD

**CROSSROADS**

April 15, 2005

Howard A. Peters IV
Scott & Scott, P.C.
Attorneys at Law
611 East Monroe Street – Suite 200
Springfield, Illinois 62701

Re:    DaimlerChrysler v. Davis Truck Service, Inc.

Dear Mr. Peters:

Per your request, I have reviewed the records presented from DaimlerChrysler's expert, Michael Cox, regarding the evaluations of the sales prices for the 1999/2000 Sterling Tractors which have been repossessed by DaimlerChrysler from Davis Truck Service, Inc. The purpose of my review was to ascertain whether, in my opinion, the sale of each unit was performed in a commercially-reasonable manner.

As you know, I am familiar with the subject tractors as my employer, Crossroads Ford Truck Sales (Crossroads) in Springfield, Illinois, performed the warranty service work on these Sterling Tractors. Further, I have been the salesman for Karl Davis and the Davis Truck Service, Inc. account since 1992. I am currently the Used Truck Sales Manager for Crossroads and have been employed by Crossroads for approximately nineteen (19) years. Part of my job responsibilities as a Sales Manager is the evaluation and appraisal of used tractors for purchase and retail sale.

My conclusions set forth below are based on my review of the supplied documentation; my experience in the industry, my familiarity with the subject tractors and information available to me as part of the day-to-day sale of tractors.

CONCLUSIONS:

1999 TRACTORS

B62303. This Sterling 9513 model had approximately 374,950 miles. It was sold for approximately $15,300. In my opinion, at the time of this sale, 1999 model reconditioned Sterling trucks were retailing between $27,000 and $29,000 per unit. With the necessary reconditioning estimated by Mr. Cox, it is my opinion that the wholesale value was

  

100 North Hill · P.O. Box 6548 · Springfield, IL 62708 · 217/528-0770 · FAX 217/528-9929 · www.crossroadtrucks.com

EXHIBIT 2

between $17,000 and $18,000.   As the model sold for $15,300, a shortfall between $1,700 to $2,700 was created.

**B62304.** This Sterling AT9500 model had approximately 552,659 miles. It was sold for approximately $11,700.  Based upon an unreconditioned wholesale value between $17,000 and $18,000, its sale for $11,700 resulted in a shortfall between $5,300 and $6,300.

**B62321.** This Sterling AT9513 model had approximately 609,387 miles.  It was sold for approximately $11,400.  Based upon an unreconditioned wholesale value between $17,000 and $18,000, its sale for $11,400 resulted in a shortfall between $5,600 and $6,600.

**B62323.** This Sterling 9513 model had approximately 566,912 miles.  It was sold for approximately $12,101.  Based upon an unreconditioned wholesale value between $17,000 and $18,000, its sale for $12,101 resulted in a shortfall between $4,899 and $5,899.

**B62324.** This Sterling 9513 model had approximately 375,584 miles.  It was sold for approximately $15,000.  Based upon an unreconditioned wholesale value between $17,000 and $18,000, its sale for $15,000 resulted in a shortfall between $2,000 and $3,000.

## 2000 TRACTORS

**B62325.** This Sterling AT9500 model had approximately 569,154 miles. It was sold for approximately $16,705.  In my opinion, at the time of this sale, 2000 model reconditioned Sterling trucks were retailing between $31,000 and $33,000 per unit.  Without necessary reconditioning, it is my opinion that the wholesale value was between $20,000 and $22,000.  As the model sold for $16,705, a shortfall between $3,295 to $5,295 was created.

**B62327.** This Sterling AT9500 model had approximately 568,387 miles.  It was sold for approximately $15,700.  Based upon an unreconditioned wholesale value between $20,000 and $22,000, its sale for $15,700 resulted in a shortfall between $4,300 and $6,300.

**B62328.** This Sterling AT9513 model had approximately 584,846 miles.  It was sold for approximately $16,950.  Based upon an unreconditioned wholesale value between $20,000 and $22,000, its sale for $16,950 resulted in a shortfall between $3,050 and $5,050.

TRUCKS

STERLING

UD TRUCKS

100 North Hill · P.O. Box 6548 · Springfield, IL 62708 · 217/528-0770 · FAX 217/528-2039 · www.crossroadstrucks.com

**CROSSROADS**

**B62331.** This Sterling AT9500 model had approximately 536,092 miles. It was sold for approximately $17,301. Based upon an unreconditioned wholesale value between $20,000 and $22,000, its sale for $17,301 resulted in a shortfall between $2,699 and $4,699.

**B62336.** This Sterling AT9500 model had approximately 356,508 miles. It was sold for approximately $17,755. Based upon an unreconditioned wholesale value between $20,000 and $22,000, its sale for $17,755 resulted in a shortfall between $2,245 and $4,245.

**B62337.** This Sterling 9513 model had approximately 639,535 miles. It was sold for approximately $17,955. Based upon an unreconditioned wholesale value between $20,000 and $22,000, its sale for $17,955 resulted in a shortfall between $2,045 and $4,045.

**B62338.** This Sterling AT9500 model had approximately 559,812 miles. It was sold for approximately $17,255. Based upon an unreconditioned wholesale value between $20,000 and $22,000, its sale for $17,255 resulted in a shortfall between $2,745 and $4,745.

**B62339.** This Sterling AT9513 model had approximately 517,669 miles. It was sold for approximately $16,955. Based upon an unreconditioned wholesale value between $20,000 and $22,000, its sale for $16,955 resulted in a shortfall between $3,045 and $5,045.

Therefore, it is my opinion that thirteen (13) of the trucks were sold for less than their fair market value resulting in an overall shortfall between $42,923 and $63,923. Please note that Crossroads purchased from the Davis Truck Service, Inc. repo package four (4) tractors. A 1999 model was purchased for $18,000, and three (3) 2000 models were purchased for approximately $22,500 apiece. The trucks purchased by Crossroads resulted in sales in the range of what I believe to be of the proper wholesale value. It is my opinion, therefore, that the sales of the above-listed thirteen (13) tractors were not done in a commercially-reasonable manner in that they did not bring the fair wholesale value.

If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Jeff Kimberlin

  

100 North Hill · P.O. Box 6548 · Springfield, IL 62708 · 217/528-0770 · FAX 217/528-2039 · www.crossroadstrucks.com    TOTAL P.04

PAGE 4/4 * RCVD AT 4/21/2005 4:35:42 PM [Central Daylight Time] * SVR:FAX1/12 * DNIS:7000 * CSID:217 753 8200 * DURATION (mm-ss):01-34

TOTAL P.04