**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KARL G. DAVIS and E. KAY DAVIS, | ) | Case No.: 05-72520 |
| | ) | Chapter 13 |
| Debtor. | ) | |

## AUTOMATIC STAY

TO THE FOLLOWING NAMED CREDITORS:

You are hereby advised that the above-captioned parties have filed a Voluntary Petition under Chapter 13, of the Bankruptcy Code, and that the automatic stay of §362 is in effect.

In the United States District Court
for the Central District of Illinois, Springfield Division

DaimlerChrysler Services North America, LLC, Plaintiff vs. Davis Truck Service, Inc., E. Kay Davis, Karl G. Davis, Defendants.  Case No. 04-3113

| | |
|---|---|
| Clerk of the Court | Ms. Mona E. Lawton |
| United States District Court | Thompson Coburn |
| U.S. Courthouse | Attorneys at Law |
| 600 E. Monroe | One US Bank Plaza |
| Springfield, IL 62701 | St. Louis, MO  63101 |

ANY ENFORCEMENT ACTION AGAINST THE DEBTORS(S) OR AGAINST THE PROPERTY OF THE DEBTOR(S), OR ANY ACT TO OBTAIN POSSESSION OF THE PROPERTY OF THE ESTATE OR ENFORCE ANY LIEN AGAINST THE PROPERTY OF THE DEBTOR(S) INCLUDING THE COMMENCEMENT OR CONTINUATION OR THE ISSUANCE OR EMPLOYMENT OF PROCESS OF A JUDICIAL, ADMINISTRATIVE NATURE OR OTHER PROCEEDING AGAINST THE LISTED DEBTOR(S) TO RECOVER ANY CLAIM AGAINST THE DEBTOR(S), OR TO COLLECT, ASSESS, RECOVER OR CLAIM ANY PROPERTY AGAINST THE DEBTOR(S) MUST CEASE PURSUANT TO SECTION 362 OF THE FEDERAL BANKRUPTCY CODE.

| | |
|---|---|
| Date:   04/   /2005 | /s/ James R. Enlow |
| | James R. Enlow, Attorney for Debtor |
| | 611 East Monroe St., Suite 200 |
| | Springfield, Illinois 62701 |
| | (217) 753-8200 |