**E-FILED**
Friday, 06 May, 2005  01:17:38 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

IN RE:                                                   )
                                                         )
DAVIS TRUCK SERVICE, INC.,                               )        Case No.:  05-72518
                                                         )        Chapter 11
              Debtor.                                    )

### AUTOMATIC STAY

TO THE FOLLOWING NAMED CREDITORS:

You are hereby advised that the above-captioned parties have filed a Voluntary Petition under Chapter 11, of the Bankruptcy Code, and that the automatic stay of §362 is in effect.

In the United States District Court
for the Central District of Illinois, Springfield Division

DaimlerChrysler Services North America, LLC, Plaintiff vs. Davis Truck Service, Inc., E. Kay Davis, Karl G. Davis, Defendants.  Case No. 04-3113

Clerk of the Court                          Ms. Mona E. Lawton
United States District Court                Thompson Coburn
U.S. Courthouse                             Attorneys at Law
600 E. Monroe                               One US Bank Plaza
Springfield, IL 62701                       St. Louis, MO  63101

ANY ENFORCEMENT ACTION AGAINST THE DEBTORS(S) OR AGAINST THE PROPERTY OF THE DEBTOR(S), OR ANY ACT TO OBTAIN POSSESSION OF THE PROPERTY OF THE ESTATE OR ENFORCE ANY LIEN AGAINST THE PROPERTY OF THE DEBTOR(S) INCLUDING THE COMMENCEMENT OR CONTINUATION OR THE ISSUANCE OR EMPLOYMENT OF PROCESS OF A JUDICIAL, ADMINISTRATIVE NATURE OR OTHER PROCEEDING AGAINST THE LISTED DEBTOR(S) TO RECOVER ANY CLAIM AGAINST THE DEBTOR(S), OR TO COLLECT, ASSESS, RECOVER OR CLAIM ANY PROPERTY AGAINST THE DEBTOR(S) MUST CEASE PURSUANT TO SECTION 362 OF THE FEDERAL BANKRUPTCY CODE.

Date:   04/   /2005                                   /s/ James R. Enlow
                                                James R. Enlow, Attorney for Debtor
                                                611 East Monroe St., Suite 200
                                                Springfield, Illinois 62701
                                                (217) 753-8200