E-FILED
Wednesday, 11 May, 2005  09:41:53 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-3113 |
| DAVIS TRUCK SERVICES, INC., E. KAY DAVIS, and KARL G. DAVIS, | ) ) ) | |
| Defendants. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

On May 6, 2005, the Defendants filed two notices of Automatic Stay relating to their Chapter 11 and Chapter 13 bankruptcy petitions. See d/e 34 and 35. Pursuant to Local Rule 16.1(D)(2), the parties are ordered to show cause why this case should not be dismissed due to bankruptcy.

Ergo, on November 4, 2005, the parties shall show cause why this case should not be dismissed. Moreover, this case is STAYED.

ENTER: May 10, 2005

IT IS SO ORDERED.

FOR THE COURT

s/ Richard Mills
United States District Judge