E-FILED
Friday, 04 November, 2005  03:24:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC )</br>)</br>Plaintiff,       )</br>)</br>v.                  )</br>)</br>DAVIS TRUCK SERVICES, INC., )</br>E. KAY DAVIS, KARL G. DAVIS, )</br>)</br>Defendants.    ) | No. 04-3113 |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE DATED MAY 10, 2005**

COMES NOW Plaintiff Daimler Chrysler Services North America LLC ("Chrysler Financial" or "Plaintiff") pursuant to Local Rule 16.1(D)(2) and respectfully requests the Court extend the return date for the Order to Show Cause from November 4, 2005 to January 31, 2006. In support, Chrysler Financial states as follows:

1. On or about May 20, 2004, Plaintiff filed the present action against the Defendants.

2. On or about May 6, 2005, Defendants filed separate Notices of Automatic Stay, in which the Defendants informed the Court that they had each filed voluntary Petitions for Relief under the United States Bankruptcy Code (under Chapter 11 for Defendant Davis Truck Service and under Chapter 13 for Defendants E. Kay Davis and Karl G. Davis).

3. Due to their inability to qualify as Chapter 13 Debtors, on August 23, 2005, Defendants E. Kay Davis and Karl G. Davis ("Davis") voluntarily converted their case from Chapter 13 to Chapter 7.

4. The Bankruptcy Court has set a deadline of January 26, 2006, for parties in interest to file claims in the Davis' bankruptcy case.. Until this deadline passes, Plaintiff is unable to evaluate the status of the Davis's bankruptcy, whether the Chapter 7 Trustee will

3241005

move to dismiss the case and whether to file an adversary proceeding against Davis for a determination that their debt.

5. On October 14, 2005, Defendant Davis Truck Service ("DTS") filed a motion in its Bankruptcy Case to extend the exclusivity period to file a Chapter 11 Plan and Disclosure Statement.

6. A hearing was held on DTS's motion on November 1, 2005. The Bankruptcy Court granted the motion and extended the exclusivity period to November 14, 2005.

7. Since DTS still has not filed its Plan or Disclosure Statement, Plaintiff has no ability to evaluate whether DTS has the ability to reorganize , to move to have the case dismissed or to move the Bankruptcy Court for relief from the Automatic Stay to allow the present case to proceed forward.

8. In addition, DTS has represented that the secured interests in some of DTS's assets may be paid in full by the end of the year. Therefore, there may be some assets to attach if DTS's bankruptcy case is dismissed for any reason.

9. Plaintiff has expended significant time and expense in bringing this action against the Defendants.

WHEREFORE, Plaintiff respectfully requests that the return date on the Order to Show Cause be extended from November 4, 2005 to January 31, 2006 and grant such other and further relief as this Court deems just and proper. Alternatively, Plaintiff respectfully requests that any Order of Dismissal granted by the Court be without prejudice.

Respectfully submitted,

THOMPSON COBURN LLP


 /s/ Matthew S. Darrough
William R. Bay # 06181670
Matthew S. Darrough, #06257045
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 Fax

Attorneys for Plaintiff
DaimlerChrysler Services North America LLC

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 4, 2005, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Howard A. Peters, IV
R. Stephen Scott
Scott & Scott, P.C.
611 E. Monroe, Suite 200
Springfield, IL  62701


  /s/  Matthew S. Darrough