UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-3113 |
| DAVIS TRUCK SERVICES, INC., E. KAY DAVIS, and KARL G. DAVIS, | ) ) ) | |
| Defendants. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

On May 10, 2005, this Court issued an order pursuant to Local Rule 16.1(D)(2) directing the parties to show cause why this case should not be dismissed due to bankruptcy. The Plaintiff timely responded on November 4, 2005, and stated that it is unable to evaluate the status of the Defendants' bankruptcy until after an upcoming January 26, 2006, bankruptcy deadline.

The parties need to sift through the bankruptcy case before this case

1

can be resolved. The Court will not keep this case on its docket while that happens.

Ergo, this case is DISMISSED WITHOUT PREJUDICE. Any pending motions or deadlines are terminated. This case is CLOSED.

ENTER: November 17, 2005

IT IS SO ORDERED.

FOR THE COURT

                                              s/ Richard Mills
                                              United States District Judge