AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DAIMLER CHRYSLER SERVICES**
**NORTH AMERICA, LLC**

vs.                                                                 Case Number:    **04-3113**

**DAVIS TRUCK SERVICES, INC.**
**E. KAY DAVIS and KARL G. DAVIS**

☐  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 XXX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Richard Mills:  this case is closed.-------------------------------------------------------------------------------------------------------------


ENTER this 18th  day of November, 2005


JOHN M. WATERS, CLERK


____s/Christy Taylor_____
BY:  DEPUTY CLERK